IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PHILLIP DEWAYNE STEWART, ADC # 151956                                        PLAINTIFF

v.                              5:16CV00081-DPM-JJV

GLADYS EVANS                                                                  DEFENDANT

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge D. P. Marshall Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial

evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Phillip Dewayne Stewart ("Plaintiff") brings this action alleging that Library Supervisor Gladys Evans violated his constitutional rights when she punished him for losing a loaned book. (Doc. No. 2.) Specifically, he alleges she subjected him to double jeopardy by punishing him twice for this offence. (*Id*. at 4.) Plaintiff was suspended from the library for fifteen days and charged for the lost book on February 10, 2016. (*Id*.) Then, after a disciplinary hearing, Plaintiff was barred from removing any books from library premises for one year on February 18, 2016. (*Id*. at 5.) It is this second punishment which he contends amounts to double jeopardy.

It is settled law that double jeopardy does not apply in the context of prison disciplinary proceedings. *See Kerns v. Parratt*, 672 F.2d 690, 691 (8th Cir. 1982). Plaintiff's allegations also fail to raise any other cognizable constitutional claims.[1] Any claims that Defendant Evans violated prison policy are not actionable. *See Gardner v. Howard*, 109 F.3d 427, 430 (8th Cir. 1997). Accordingly, this suit should be dismissed for failure to state a claim.

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

---

[1] Plaintiff alleges this punishment also violates the Eighth Amendment by being cruel and unusual. (Doc. No. 2 at 11.) This contention is frivolous.

    2.    Dismissal of this action count as a "strike" for purposes of 28 U.S.C. § 1915(g).[2]

    3.    The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

Dated this 17th day of March, 2016.

                                                  _____
                                                  JOE J. VOLPE
                                                  UNITED STATES MAGISTRATE JUDGE

---

[2] Title 28 U.S.C. § 1915(g) provides that: "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted . . . ."