IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PHILLIP DEWAYNE STEWART
ADC #151956                                                                PLAINTIFF

v.                          No. 5:16-cv-81-DPM

GLADYS EVANS                                                              DEFENDANT

## JUDGMENT

Stewart's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 March 2016